38

United States District Court
Southern District of Texas
ENTERED

AUG 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 12 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERT A. CHOLICK, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-210 |
| § | |
| TEXAS BOLL WEEVIL ERADICATION § | |
| FOUNDATION, INC., ET AL. § | |

## ORDER

Fed.R.Civ.P.41(a)(1) provides that certain cases may be voluntarily dismissed by the plaintiff or by a stipulation of the parties. The rule further provides that the Court shall receive notice of the intent to dismiss. In the case *sub judice*, the parties have filed a joint stipulation of dismissal under Rule 41(a)(1). Since the requirements of the rule appear to have been met, it is, therefore,

ORDERED, ADJUDGED, and DECREED that Third Party Action against Third Party Defendant United States of America is hereby **DISMISSED** with prejudice.

SIGNED at Brownsville, Texas, this 12th day of August, 1998.

John Wm. Black
United States Magistrate Judge