IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERT A. CHOLICK d/b/a AJC FARMS, ET AL § § § § Plaintiffs, § § VS. § TEXAS BOLL WEEVIL ERADICATION § FOUNDATION, INC., CHEMINOVA, § INC., CHEMINOVA AGRO A/S, ET AL., § § Defendants. § | CIVIL ACTION NO. B-97-210 |

## ORDER

On this day came on to be considered the Plaintiffs' Renewed Motion to Remand and the Court, having considered same, is of the opinion that the relief sought should be granted. It is therefore

ORDERED that this case be remanded to the District Court of Cameron County, Texas, 107th Judicial District.

SIGNED at Brownsville, Texas on this the 25TH day of AUG, 1998.

_____
UNITED STATES MAGISTRATE JUDGE